IN THE UNITED STATES DISTRICT COURT
WESTERM DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

VANGUARD PACKAGING, INC.                                               PLAINTIFF

v.                         Case No. 5:13-CV-05080

ANDREW BOJIE                                                       DEFENDANT

**O R D E R**

Now before the Court is the motion (Doc. 40) of attorneys Donnie Rutledge, Steve Lisle, and Chris Lisle, of law firm Lisle Rutledge P.A., to withdraw as counsel of record for Defendant, Andrew Bojie. The Court, being well and sufficiently advised, finds that the motion should be GRANTED, and Donnie Rutledge, Steve Lisle, and Chris Lisle are withdrawn as counsel for Mr. Bojie.

Although there are two other attorneys listed as counsel for Mr. Bojie, it is not believed that they are currently actively representing Mr. Bojie since the case got transferred to this District from the Western District of Missouri. Both listed attorneys have addresses in Kansas City, Missouri and have not sought to appear before this Court *pro hac vice*.[1] Therefore, Mr. Bojie or his representative is hereby **ORDERED** to (1) inform the Court that Steven Beau Broussard and/or William M. Quitmeier are still retained by him to represent him in this case; (2) have another attorney enter an appearance on his behalf; or, in the alternative, (3) advise the Court that he wishes to represent himself in this matter by proceeding without counsel, *pro se*. Such appearance must be entered or notification received **on or before October 14, 2013**.

Donnie Rutledge, Steve Lisle, and/or Chris Lisle are directed to provide Mr. Bojie with a

---

[1] The Court notes that it is, of course, possible that the Kansas City attorneys are licensed to practice in Arkansas.

copy of this Order.

    IT IS SO ORDERED this 13th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE